IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13730-RR
_____

DONNA CURLING, an individual,
COALITION FOR GOOD GOVERNANCE,
DONNA PRICE,
JEFFREY SCHOENBERG,
LAURA DIGGES, et al.,

                          Plaintiffs - Appellees,

versus

SECRETARY OF STATE FOR THE STATE OF GEORGIA,
GEORGIA STATE ELECTION BOARD,
DAVID J. WORLEY,
REBECCA N. SULLIVAN,
STATE ELECTION BOARD,
AHN LE,
MATTHEW MASHBURN,

                          Defendants - Appellants.

_____

On Appeal from the United States
District Court for the Northern District of Georgia
_____

ORDER:

Appellants' "Motion to Expendite [sic] Briefing Schedule" is GRANTED, IN PART, as follows: Appellees' response to the Appellants' "Motion to Stay Injunction Pending Appeal" is due by 8:00 p.m. on Wednesday, October 21, 2020; Appellants' reply in support of their "Motion to Stay Injunction Pending Appeal" is due by 8:00 p.m. on Thursday, October 22, 2020.

                          DAVID J. SMITH
                          Clerk of the United States Court of
                          Appeals for the Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION